# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2201 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | Nos. 119 & 171 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 25035 |
| EDWIN L. LONDON | : | |
| Respondent | : | (Philadelphia) |

## O R D E R

**PER CURIAM:**

AND NOW, this 22nd day of October, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board, Respondent Edwin L. London is disbarred from the Bar of this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217.

Respondent's Petition for Waiver of Costs in Disciplinary Action in Accordance with Pa.R.D.E. 208(g) is denied, and he shall pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).